**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Governor Greg Abbott in his official capacity as the Governor of
                         Texas v. County of Fort Bend, Texas

Appellate case number:   01-21-00453-CV

Trial court case number: 21-DCV-286148

Trial court:             434th District Court of Fort Bend County

On August 23, 2021, Greg Abbott in his official capacity as the Governor of Texas, filed a notice of appeal challenging an interlocutory order granting Fort Bend County's application for temporary injunction. The Governor's notice of appeal stays the trial court's temporary injunction pending resolution of the appeal. On the same day that the Governor filed his notice of appeal, Fort Bend County filed an emergency motion asking this Court to exercise its authority under Rule 29.3 of the Texas Rules of Appellate Procedure to reinstate the temporary injunction during the pendency of this appeal. The Court requests that any response to Fort Bend County's emergency motion be filed no later than **12pm on August 26, 2021**.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                            Acting individually

Date: __August 25, 2021____